# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ALLEN ARTHUR HEADLEY,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 2:19-1604-ACA |
| **UNITED PARCEL SERVICE, et al.,** | ) |
| **Defendants.** | ) |

## ORDER

Consistent with the memorandum opinion entered March 5, 2020, the court **DISMISSES** this action **WITH PREJUDICE**.

The court asks the Clerk to close the file.

**DONE and ORDERED** this March 9, 2020.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE